IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HAROLD UNYULA SMITH, SR.,                    *

               Plaintiff,                    *

v.                                                         Case No.    1:22-CV-170 (LAG)
                                                            *

                                                            *

STATE OF GEORGIA, *et al.*,

               Defendants,

_____

# J U D G M E N T

     Pursuant to this Court's Order dated December 19, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

     This 19th day of December, 2022.

                    David W. Bunt, Clerk

                    s/ Dennis Tomlinson, Deputy Clerk